883 A.2d 1052

DANIEL PRADO, PLAINTIFF, v. STATE OF NEW JERSEY, NEW JERSEY DEPARTMENT OF LABOR, LEONARD KATZ, LINDA CHESKO, MARTIN GARTZMAN AND MARK BOYD, DEFEN-DANTS–MOVANTS, AND HARRY PAPPAS, DEFENDANT–RE-SPONDENT.

September 12, 2005.

ORDERED that the motion for leave to appeal is granted.

883 A.2d 1052

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JASON M. BERARDI A/K/A BRIAN KUNIE,
DEFENDANT–APPELLANT.

September 12, 2005.

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.

883 A.2d 1052

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. BORIS BORETSKY, DEFENDANT–RESPONDENT.

September 12, 2005.

ORDERED that the motion for leave to appeal is granted.